THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WANECHEK MINK RANCH, and SMITH MINK RANCH CORPORATION, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALASKA BROKERAGE INTERNATIONAL, et al,<br><br>Defendants. | No. 2:06-cv-00089-RSM<br><br>ORDER APPROVING DISTRIBUTION OF RESIDUAL SETTLEMENT FUNDS TO CHARITY |

## O R D E R

Upon consideration of Plaintiffs' Motion and Memorandum of Law in Support of Order Approving Distribution of Residual Settlement Funds to Charity (Dkt. # 226), it is hereby ORDERED that the motion is GRANTED. Class Counsel is authorized to distribute the residue of the Settlement Fund totaling $5,407.35 to the American Antitrust Institute.

SO ORDERED this 25 day of September 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER AUTHORIZING DISTRIBUTION
OF THE SETTLEMENT FUND

Case No. 2:06-cv-00089-RSM
**001901-11 1057721 V1**

{00187993 }



1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594

Presented by:

Steve W. Berman, WSBA #12536
Anthony D. Shapiro, WSBA #12824
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Gregory P. Hansel
Randall B. Weill
PRETI, FLAHERTY, BELIVEAU
   & PACHIOS, LLC
One City Center
P. O. Box 9546
Portland, ME 04112-9546
Telephone: (207)791-3000

Joseph C. Kohn
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700

*Counsel for Plaintiffs and the Class*

{00187993 }



1301 FIFTH AVENUE, SUITE 2900 • SEATTLE, WA 98101
TELEPHONE (206) 623-7292 • FACSIMILE (206) 623-0594